Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
 abacon@ toddflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODNEY CLAYTON**, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>vs.<br><br>**PIONEER CREDIT RECOVERY, INC.;** DOES 1 through 10, inclusive,<br>Defendants. | Case No.<br><br>3:19-cv-07275-MMC<br><br>**NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY** |

NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled individually. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: September 18, 2020          **Law Offices of Todd M. Friedman, P.C.**

                                                    By: s/ Adrian R. Bacon
                                                         Adrian R. Bacon

## CERTIFICATE OF SERVICE

Filed electronically on September 18, 2020, with:

United States District Court CM/ECF system

Notification sent electronically on September 18, 2020, to:

To the Honorable Court, all parties and their Counsel of Record


<u>s/Adrian R. Bacon</u>
   Adrian R. Bacon